# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129733
& (79)
(80)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HARTMAN & EICHHORN BUILDING
COMPANY, INC.,
          Plaintiff/Counter Defendant,

v

STEVEN DAILEY and JANINE DAILEY,
          Defendants/Counter Plaintiffs/
          Third-Party Plaintiffs/Appellees,

and

GEORGE H. PRESLEY, and ABN-AMRO,
d/b/a STANDARD FEDERAL BANK,
          Defendants,

and

JEFFRY R. HARTMAN,
          Third-Party Defendant-Appellant.

SC: 129733
COA: 249847
Oakland CC: 2001-032203-CK

_____/

          On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the questions involving the Michigan Consumer Protection Act's application to residential builders. We further ORDER that this case be argued and submitted to the Court together with the case of *Liss v Lewiston Richards, Inc* (Docket No. 130064), at such future session of the Court as both cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

*Corbin R. Davis*
Clerk